AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shirley, Jr., Carl C. | U.S.District Court-Eastern District TN | 08/26/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge(full time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Howard H Baker U.S.Courthouse
Suite 144, 800 Market Street
Knoxville, TN 37902

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | Tennessee Bar Foundation, Knoxville Bar Foundation |
| 2. | Master of the Bench Emeritus | Hamilton Burnett Inns of Court |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Lowe & Yeager Profit Sharing Plan (former law firm) no control of plan/only personal investments (Jan-July 2014) Rolled over to personal IRA (Aug 2014) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shirley, Jr., Carl C. | 08/26/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | PME Communications (wages-project administrator) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shirley, Jr., Carl C. | 08/26/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Tennessee Bank Accts (Aggregate Accts) | A | Interest | K | T | | | | | |
| 2. IRA #1 | A | Interest | K | T | | | | | |
| 3. -(Equivest-AXA Moderate Allocation) | | | | | | | | | |
| 4. -(Equivest-Guaranteed Interest Account) | | | | | | | | | |
| 5. IRA #2 | A | Interest | J | T | | | | | |
| 6. -(Equivest-Guaranteed Interest Account) | | | | | | | | | |
| 7. Profit Sharing Plan (Y) | | | | | | | | | |
| 8. -(Federated Total Return Bond Fund) | B | Dividend | | | Sold | 08/13/14 | N | D | |
| 9. -(Vanguard Total Stock Market Index) | | None | | | Sold | 08/13/14 | M | D | |
| 10. Tennessee Connect Credit Union (Aggregate Accts) | A | Interest | K | T | | | | | |
| 11. Prudential Whole Life Policy | A | Dividend | J | T | | | | | |
| 12. Schwab IRA (X) | D | Dividend | N | T | Open | 08/07/14 | N | | |
| 13. -(Schwab Govt Money Fund) | | | | | Buy | 08/13/14 | J | | |
| 14. -(Federated Total Return Bond Fund) | | | | | Buy | 08/14/14 | M | | |
| 15. -(Vanguard Short Term Investment Grade Fund) | | | | | Buy | 08/15/14 | M | | |
| 16. -(Schwab Fundamental US Large Co. Index) | | | | | Buy | 08/14/14 | M | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shirley, Jr., Carl C. | 08/26/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II - I continued participation in Retirement Plan with former law firm until July, 2014. This was rolled over into a Schwab Rollover IRA in August, 2014 (See below).

III - No Income in 2014. Didn't teach at Law School.

VII - Lines 7-9 - Profit Sharing Plan with Law Firm terminated, and entire amount rolled over into Schwab Rollover IRA in August, 2014 (See Lines 12-16). I put no value code because the entire asset was closed/sold during the reporting period and "at the end of reporting period" the value was zero.

VII - Lines 12-16 - This is the Rollover IRA described above with income reported from August, 2014 thru December 31, 2014 and gross value at end of reporting period.


AMENDED DISCLOSURE REPORT:

VII - Lines 7-9 - I responded to the income earned while the assets on lines 8 and 9 were held in 2014 in Column B. It was zero because there was no income - only market value increase. I added disposition transaction in Column D(1)-(4) for lines 8 and 9.

VII - Lines 13-16 - I added the transaction details for each asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carl C. Shirley, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544